IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MARY SHAW, | |
|---|---|
| Plaintiff, | **8:19CV275** |
| vs. | |
| DANA F. COLE & COMPANY, LLP, | **ORDER** |
| Defendant. | |

Pursuant to the notice of dismissal with prejudice, Filing No. 7, this case is dismissed with prejudice, each party to bear its own fees and costs associated with this action.

Dated this 25th day of July, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge